**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**AISHIA PETERSEN,**             CASE No. 22-cv-21611-DPG

    Plaintiff,

v.

**WOLFORD AMERICA INC.,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff **AISHIA PETERSEN**, hereby notify the court that a provisional settlement has been reached in the above-captioned case. The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing. Plaintiff therefore requests this Court to vacate all currently set dates with the expectation that Notice for Dismissal with prejudice as to all claims will be filed within sixty (60) days.

Dated this 13th day of October 2022.

                                                     By: __/s/ Acacia Barros___
                                                     Acacia Barros, Esq.
                                                     Fla. Bar No. 106277
                                                     **ACACIA BARROS, P.A.**
                                                     11120 N Kendall Dr., Suite 201
                                                     Miami, Florida 33176
                                                     Telephone: 305-639-8381
                                                     ab@barroswlawfirm.com
                                                     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October 2022 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel by email.

                                                     *s/Acacia Barros*
                                                     Attorney for Plaintiff
                                                     ACACIA BARROS, P.A.